UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDGAR ANTONIO RUIZ,

            Plaintiff,

    v.

MARTINUSEN, *et al.*,

          Defendants.

Case No. 1:26-cv-03546-FJS (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS

THIRTY (30) DAY DEADLINE

Plaintiff Edgar Antonio Ruiz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This case was initiated on May 8, 2026. (ECF No. 1.) Plaintiff did not pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **May 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2